**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT ASHLAND**

**CIVIL ACTION NO. 05-143-DLB**
**CRIMINAL ACTION NO. 02-08-DLB**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

vs.                                          <u>**JUDGMENT**</u>

**PAUL R. REEVES**                                                             **DEFENDANT**

* * *

This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge; and having considered *de novo* those objections filed thereto by Defendant; and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the objections to the Report and Recommendation of the Magistrate Judge (Doc. #53) be, and they are, hereby **overruled**; that the Report and Recommendation of the Magistrate Judge (Doc. #51) be, and it is, hereby **adopted** as the Findings of Fact and Conclusions of Law of the Court; that Defendant's Motion to Vacate, Set Aside, or Correct Sentence be, and it is, hereby **denied;** that this matter be, and it is, hereby **dismissed** and **stricken** from the docket of this Court, and that no certificate of appealability shall issue as there would be no arguable merit for an appeal and, therefore, an appeal would not be taken in "good faith" within the meaning of 28 U.S.C. § 1915(a).

This 17th day of March, 2006.



Signed By:
<u>David L. Bunning</u>   DB
United States District Judge

G:\DATA\ORDERS\AshCivil\05-143-AdoptR&R.wpd